JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIK DENIM, LLC & BLUE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEGAN MCSHANE & DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No. CV 07-6423 DSF (PLAx) <br><br><br> JUDGMENT OF DISMISSAL |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiffs having not provided proof of service of process upon Defendant,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED: September 16, 2008

_____
DALE S. FISCHER
United States District Judge